UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PAUL PONTARELLI
    *Plaintiff*
  v.

DANIEL J. MCKEE, Governor of the State of Rhode Island; RHODE ISLAND COUNCIL ON ELEMENTARY AND SECONDARY EDUCATION, by its members, Chair Barbara S. Cottam, Michael Almeida, Amy Beretta, Colleen A. Callahan, Karen Davis, Patricia DiCenso, Jo Eva Gaines, Marta V. Martinez,Lawrence Purtill; ANGELICA INFANTE-GREEN, Commissioner of Education; RHODE ISLAND DEPARTMENT OF CHILDREN, YOUTH AND FAMILIES
    *Defendants*

CA No.: 1:22-cv-00010-MSM-LDA

Stipulation and Proposed Order Granting Plaintiff Leave to File an Amended Complaint

    Plaintiff and Defendants hereby stipulate that Plaintiff may file an Amended Complaint in the form of the Amended Complaint attached to this Stipulation, with this Stipulation serving as Defendants' written consent as required by Rule 15(a)(2). The Parties further stipulate that the Defendants shall have up to and including May 6, 2022, or 30-days from the filing of the Amended Complaint, whichever is later, to answer or otherwise respond to Plaintiff's Amended Complaint.

_____
Paul Pontarelli
*Pro Se*

160 Dalehill Drive
East Greenwich, RI 02818
littlebridge53@gmail.com
401-886-4489

March 23, 2022

1

/s/ Natalya A. Buckler

Natalya A. Buckler, Esq. (#8415)
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903
(For Defendants Governor and DCYF)

Date: March 25, 2022


COUNCIL ON ELEMENTARY AND SECONDARY EDUCTION,

/s/ Paul Sullivan

Paul Sullivan, #5712
Sullivan Law Offices, PC
33 Broad Street, Suite 302
Providence, RI  02903
Tel: (401) 861-9900
psullivan@psullivanlaw.com

Date: March 24, 2022



/s/ Matthew H. Parker

Matthew H. Parker, Esq. (#8111)
Whelan Corrente & Flanders LLP
100 Westminster Street
Providence, RI 02903
(For Defendant Commissioner)

Date: March 25, 2022



/s/ Sara A. Rapport

Sara A. Rapport, Esq. (#6184)
Whelan Corrente & Flanders LLP
100 Westminster Street
Providence, RI 02903
(For Defendant Commissioner)

Date: March 25, 2022

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:_____  _____
Mary S. McElroy
United States District Judge